**SHAWN A. LUIZ**
**ATTORNEY AT LAW**
841 Bishop Street, Suite 200
Honolulu, Hawai'i 96813
Telephone: (808)538-0500   Fax (808) 564-0010
Attorneyluiz@gmail.com

---

September 8, 2023

*Via email to: porter_orders@hid.uscourts.gov and filed via ECF filing.*

Honorable Wes Reber Porter
United States Magistrate Judge
U.S. District Court for the District of Hawaii
U.S. Courthouse, Prince Kuhio Federal Building
300 Ala Moana Boulevard
Honolulu, Hawai'i 96850

*Re: Wong v. IATSE LOCAL No. 665*,
CV-23-00123-JAO-WRP; Status Report

Dear Judge Porter:

As a status report regarding the filing of a First Amended Complaint on or before September 8, 2023, in the above-referenced case, I report the following:

Plaintiff was given leave to file a First Amended Complaint on or before September 8, 2023. See ECF No. 15.

After careful consideration, Plaintiff has elected to not file a first amended complaint and will instead proceed with the Original Complaint filed on March 6, 2023. See ECF No. 1.

Very truly yours,
/s/Shawn A. Luiz
Shawn A. Luiz

cc: Noah Kila Peterson, Esq., via email to *noah@erisafundcounsel.com*

1